In the Matter of the Claim of SAMUEL LENT, Respondent, against 850 SEVENTH AVENUE CORPORATION, Appellant, and LONDON AND LANCASHIRE INDEMNITY

COMPANY OF AMERICA, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the insurance carrier against the employer.